United States Bankruptcy Court
Central District of California

In re:                                                                              Case No. 11-14906-TA
Barry Glen Hymes                                                                    Chapter 7
Donna Ann Hymes
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-8          User: dmaciasC          Page 1 of 2              Date Rcvd: Apr 07, 2011
                              Form ID: b9a            Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 09, 2011.
db/jdb     +Barry Glen Hymes,   Donna Ann Hymes,   3801 E Rolling Green Lane,   Orange, CA 92867-2117
smg        ++EMPLOYMENT DEVELOPMENT DEPARTMENT,   STATE OF CALIFORNIA,
             BENEFIT OVERPAYMENT COLLECTION SECTION,   MIC 91,   PO BOX 826218,   SACRAMENTO CA 94230-6218
             (address filed with court: Employment Development Dept.,   Bankruptcy Group MIC 92E,
             P.O. Box 826880,   Sacramento, CA  94280-0001)
29035542   +Bank Of America,   Attn: Bankruptcy,   NC4-702-14,   P.O. Box 2612,   Greensboro, NC 27402-2612
29035544    Best Best & Krieger, LLP,   3750 University Ave., Suite 400,   PO Box 1028,
             Riverside, CA 92502-1028
29035545   +Beverly Radiology,   PO box 240086,   Los Angeles, CA 90024-9186
29035546    Bonded Collection Corporation,   PO Box 1022,   Wixom, MI 48393-1022
29035547    California Board of Equalization,   PO Box 942879,   Sacramento, CA 94279-0001
29035548   +Capital One Credit Cards,   Attn: Bankruptcy Department,   PO Box 54529,
             Oklahoma City, OK 73154-1529
29035550    CitiFinancial,   P.O. Box 14069,   BK Department,   Irving, TX 75014-0069
29035551   +Falso Solutions LLC,   1 First American Way,   Roanoke, TX 76262-5310
29035552   +Felipe Araiza,   PO Box 5375,   Santa Ana, CA 92704-0375
29035554   +Hicks Pension Services,   555 Chorro Street, Suite C,   San Luis Obispo, CA 93405-2376
29035558   +Labwest, Inc.,   1821 E Dyer Road, Suite 100,   Santa Ana, CA 92705-5700
29035559   +Macy's/VISADSNB,   P.O. Box 8215,   Bankruptcy Div,   Mason, OH 45040-8215
29035560   +National Credit Systems, Inc,   PO Box 312125,   Atlanta, GA 31131-2125
29035561   +Nationwide Credit, Inc,   2002 Summit Blvd., Ste. 600,   Atlanta, GA 30319-1559
29035562   +Natlcrsys,   Po Box 312125,   Atlanta, GA 31131-2125
29035565   +Northland Group Inc Coll Agcy,   P.O. Box 390905,   Mail code C5B1,   Minneapolis, MN 55439-0905
29035566   +Onewest Bank,   6900 Beatrice Dr,   Kalamazoo, MI 49009-9559
29035567   +Orange County heart Institute,   Department 8321,   Los Angeles, CA 90084-0001
29035572    Sunrise Credit Services, Inc.,   PO Box 9100,   Farmingdale, NY 11735-9100
29035576    Zwicker & Associates,   Coll Agcy,   80 Minuteman Rd,   Andover, MA 01810-1008
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty         +E-mail/Text: kczlawBK@gmail.com Apr 08 2011 01:50:47     Jonathan P Cothran,
             Kiet, Cothran & Zirillo APC,   1576 N Batavia St Ste 1C,   Orange, CA 92867-3559
tr           EDI: QRAMARSHACK.COM Apr 08 2011 02:03:00      Richard A Marshack (TR),   Marshack Hays LLP,
             5410 Trabuco Road Suite 130,   Irvine, CA  92620-5749
smg          EDI: EDD.COM Apr 08 2011 02:03:00      Employment Development Dept.,   Bankruptcy Group MIC 92E,
             P.O. Box 826880,   Sacramento, CA  94280-0001
smg          EDI: CALTAX.COM Apr 08 2011 02:03:00      Franchise Tax Board,   ATTN: Bankruptcy,   P.O. Box 2952,
             Sacramento, CA  95812-2952
29035541    +EDI: AMEREXPR.COM Apr 08 2011 02:03:00      American Express Cards,   777 American Expresssway,
             Fort Lauderdale, FL 33337-0002
29035543    +EDI: TSYS2.COM Apr 08 2011 02:03:00      Barclays Bank Delaware,   125 S. West Street,
             Wilmington, DE 19801-5014
29035549    +EDI: CHASE.COM Apr 08 2011 02:03:00      Chase Bank USA, N.A. JPMorgan,
             300 S. Grand Ave 4Th Floor,   Legal Department,   Los Angeles, CA 90071-3109
29035553     EDI: CALTAX.COM Apr 08 2011 02:03:00      Franchise Tax Board,   P.O Box 942867,
             Sacramento, CA 94267-0031
29035555    +EDI: HFC.COM Apr 08 2011 02:03:00      HSBC Bank,   PO Box 2013,   Buffalo, NY 14240-2013
29035556     EDI: IRS.COM Apr 08 2011 02:03:00      Internal Revenue Service,   PO Box 7346,
             Philadelphia, PA 19101-7346
29035557    +EDI: RMSC.COM Apr 08 2011 02:03:00      JC Penny/GE Money Bank,   Attn: Bankruptcy Department,
             PO Box 103104,   Roswell, GA 30076-9104
29035563    +EDI: HFC.COM Apr 08 2011 02:03:00      Neiman Marcus / HSBC,   Attn: Bankruptcy Department,
             PO Box 729080,   Dallas, TX 75372-9080
29035564    +E-mail/Text: bnc@nordstrom.com Apr 08 2011 01:50:03     Nordstrom Credit,   13531 E Caley Ave,
             Englewood, CO 80111-6505
29035568    +E-mail/Text: orangecountybk@ttc.ocgov.com Apr 08 2011 01:50:49
             Orange County Treasurer-Tax Collect,   P.O. Box 1438,   Santa Ana, CA 92702-1438
29035569    +EDI: HFC.COM Apr 08 2011 02:03:00      Saks Fifth Avenue / HSBC,   Attn: Bankruptcy Department,
             PO Box 10327,   Jackson, MS 39289-0327
29035570    +EDI: RMSC.COM Apr 08 2011 02:03:00      Sams Club/GEMB,   Po Box 981400,   El Paso, TX 79998-1400
29035571    +EDI: SEARS.COM Apr 08 2011 02:03:00      Sears/CBSD,   Po Box 1990,   Tempe, AZ 85280-1990
29035573     EDI: WTRRNBANK.COM Apr 08 2011 02:03:00      Target National Bank,   3901 West 53rd Street,
             Sioux Falls, SD 57106-4216
29035574     EDI: WFFC.COM Apr 08 2011 02:03:00      Wells Fargo Finance Cards,   P.O. Box 5943,
             Sioux Falls, SD 57117-5943
29035575     EDI: WFFC.COM Apr 08 2011 02:03:00      Wells Fargo Financial Cards,   P.O. Box 5943,
             Sioux Falls, SD 57117-5943
                                                                                               TOTAL: 20

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0973-8            User: dmaciasC              Page 2 of 2                   Date Rcvd: Apr 07, 2011
                                Form ID: b9a                Total Noticed: 41

              ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 09, 2011**                    **Signature:** _Joseph Speetjens_

**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/10)

# UNITED STATES BANKRUPTCY COURT — Central District Of California

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on April 6, 2011.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at **U. S. Bankruptcy Court, 411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593**

NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

| Debtor(s) (name(s) and address): | | Case Number: |
|---|---|---|
| Barry Glen Hymes<br>3801 E Rolling Green Lane<br>Orange, CA 92867 | Donna Ann Hymes<br>3801 E Rolling Green Lane<br>Orange, CA 92867 | **8:11–bk–14906–TA** |
| All other names used by the Debtor(s) in the last 8 years (include married, maiden and trade names):<br>Debtor:<br>Joint Debtor: | Last four digits of Social Security or Individual Taxpayer–ID (ITIN) No(s)./Complete EIN:<br>Dbt SSN: xxx–xx–7454<br>JDbt SSN: xxx–xx–3372 | |
| Attorney for Debtor(s) (name and address):<br>Jonathan P Cothran<br>Kiet, Cothran & Zirillo APC<br>1576 N Batavia St Ste 1C<br>Orange, CA 92867<br>Telephone number:  714–974–5652 | Bankruptcy Trustee (name and address):<br>Richard A Marshack (TR)<br>Marshack Hays LLP<br>5410 Trabuco Road Suite 130<br>Irvine, CA 92620–5749<br>Telephone number:  949–333–7777 | |

### Meeting of Creditors

Date: **May 17, 2011**   Time: **10:00 AM**
Location: **411 W Fourth St., Room 3–110, Santa Ana, CA 92701**

### Presumption of Abuse under 11 U.S.C. § 707(b)

See *"Presumption of Abuse"* on the reverse side
The presumption of abuse does not arise.

### Deadlines

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: July 18, 2011**
**Deadline to Object to Exemptions:** Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So

### Creditor with a Foreign Address

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>411 West Fourth Street, Suite 2030,<br>Santa Ana, CA 92701–4593<br>Telephone number:  714–338–5300 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kathleen J. Campbell |
|---|---|
| Hours Open:  9:00 AM – 4:00 PM | Date:  April 7, 2011 |
| **(Form rev. 12/10:341–B9A)** | / |

### EXPLANATIONS                                                                                        B9A (Official Form 9A)(12/10)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. *The trustee is designated to preside at the meeting of creditors. The case is covered by the Chapter 7 blanket bond on file with the Court.* |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code § 727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Proof of Debtor Identification (ID) and Proof of Social Security Number (SSN) | The U.S. Trustee requires that individual debtors must provide to the trustee at the meeting of creditors an original picture ID and proof of SSN. Failure to do so may result in the U.S. Trustee bringing a motion to dismiss the case. Permissible forms of ID include a valid state driver's license, government or state−issued picture ID, student ID, military ID, U.S. Passport or legal resident alien card. Proof of SSN includes Social Security Card, current W−2 form, pay stub, IRS Form 1099, Social Security Administration Report, or other official document which indicates name and SSN. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the **U. S. Bankruptcy Court, 411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593** . You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office at the address listed above. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Failure to File a Statement and/or Schedule(s) | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 14 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial Section 341(a) meeting of creditors and any continuance thereof, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of Bankruptcy Code section 521(i)(4), the Court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1) file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section.<br>**SI EL DEUDOR NO HA PRESENTADO UNA DECLARACIÓN Y/O LISTA(S) DE ACREEDORES Y/U OTROS DOCUMENTOS REQUERIDOS,** tendrá que hacerlo dentro de un plazo de 14 días a partir de la fecha de presentación de la petición o tendrá que obtener una extensión del plazo para hacerlo. Si no cumple usted este requisito, o si no comparece a la junta 341(a) inicial de acreedores o a cualquier aplazamiento, esto resultará en que se declare sin lugar el caso, a menos de que obtenga un permiso del tribunal. Si no se ha declarado sin lugar el caso del acreedor, Y EL ACREEDOR NO HACE UNA DE LAS SIGUIENTES COSAS DENTRO DE UN PLAZO DE 45 DÍAS A PARTIR DE LA FECHA DE LA PETICIÓN, de acuerdo con lo dispuesto en la sección 521(i)(4) del Código de Quiebras, el juez DECLARARÁ el caso sin lugar a partir de el 46o día después de la fecha de presentación de petición sin más notificación: (1) registrar en actas todos los documentos que requiere la sección 521(a)(1) del Código de Quiebras; o (2) registrar y hacer entrega formal de una moción para pedir una orden que extienda el tiempo en que se pueden registrar en actas los documentos que requiere dicha sección. |
| Bankruptcy Fraud and Abuse | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 411 West Fourth Street, Suite 9041, Santa Ana, CA 92701. |

−− **Refer to Other Side for Important Deadlines and Notices** −−